# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00554-CV

**In re Chris and Blake Glancy**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Filed: September 25, 2019